NELSON E. GRAVES, Respondent, v. JAMES C. DAVIS, as Agent of the United States Railroad Administration, Appellant.— Judgment unanimously affirmed,

with costs, upon the opinion of Mr. Justice Kelby at Trial Term. [Reported in *Graves* v. *Hines*, 116 Misc. Rep. 502.]   Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.